**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The A/C Ductologist, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **47-4466804** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4700 SW 83 Terr # 2** <br> **Davie, FL 33328** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

�True ☐ — ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The A/C Ductologist, LLC**                              Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____8220_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **The A/C Ductologist, LLC**
_____    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **The A/C Ductologist, LLC**
_____          Case number (*if known*) _____
Name

☐ $50,001 - $100,000                    ☐ $10,000,001 - $50  million              ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                  ☐ $50,000,001 - $100 million            ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million          ☐ More than $50 billion

Debtor   **The A/C Ductologist, LLC**            Case number (*if known*) _____
_____
Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 19, 2025**
            MM / DD / YYYY

**X** */s/ Thomas Mouradian*                 **Thomas Mouradian**
    Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** */s/ Zach B. Shelomith*            Date  **March 19, 2025**
    Signature of attorney for debtor                      MM / DD / YYYY

**Zach B. Shelomith 0122548**
Printed name

**LSS Law**
Firm name

**2699 Stirling Rd # C401**
**Fort Lauderdale, FL 33312**
Number, Street, City, State & ZIP Code

Contact phone   **(954) 920-5355**      Email address   **zbs@lss.law**

**0122548 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2025**     X **/s/ Thomas Mouradian**
                                            Signature of individual signing on behalf of debtor

                                            **Thomas Mouradian**
                                            Printed name

                                              **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The A/C Ductologist, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial PO Box 380901 Minneapolis, MN 55438** | | **2023 GMC Sierra C3500 VIN: 1GD48PE75PF109 761** | | **$53,814.03** | **$40,000.00** | **$13,814.03** |
| **AMI Distributors, Inc. 11600 Miramar Pkwy #200 Hollywood, FL 33025** | | **trade debt** | | | | **$33,800.88** |
| **AmTrust Financial PO Box 785100 Philadelphia, PA 19178** | | **trade debt** | | | | **$29,843.00** |
| **Bank of America, N.A. PO Box 15019 Wilmington, DE 19850** | | **business credit card purchases** | | | | **$15,617.10** |
| **Berkshire Hathaway PO Box 6939 Cleveland, OH 44101** | | **trade debt** | | | | **$145,197.71** |
| **Celtic Bank 2261 Market Street #4552 San Francisco, CA 94114** | | **unpaid business loan** | | | | **$28,386.87** |
| **Chase Card Services PO BOX 1423 Charlotte, NC 28201-1423** | | **business credit card purchases** | | | | **$19,230.01** |
| **GM Financial PO Box 78143 Phoenix, AZ 85062** | | **2020 GMC Sierra 2500HD VIN: 1GD28LE70LF300 420** | | **$21,932.78** | **$8,000.00** | **$13,932.78** |

Debtor **The A/C Ductologist, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GM Financial P.O. Box 78143 Phoenix, AZ 85062** | | **2017 Chevrolet Silverado C1500 4 DO VIN: 1GCRCNEH9HZ34 6923** | | $25,952.40 | $18,000.00 | $7,952.40 |
| **Kojo Technologies, Inc. P.O. Box 103280 Pasadena, CA 91189** | | trade debt | | | | $11,443.50 |
| **Linebarger Goggan Blair and Sampson LLP 4828 Loop Central Dr #600 Houston, TX 77081** | | unpaid deficiency on vehicle | | | | $11,354.42 |
| **Metro Mechanical LLC c/o J. David Jorgenson, Esq. 401 S Boston Ave # 500 Tulsa, OK 74103** | | trade debt | **Contingent Unliquidated Disputed** | | | $64,088.83 |
| **PeopleReady c/o People Ready 7700 Congress Ave. Suite 1134 Boca Raton, FL 33487** | | trade debt | | | | $19,156.09 |
| **PNC Bank P.O. Box 609 Pittsburgh, PA 15230** | | overdrawn bank account | | | | $21,271.92 |
| **Spring Funding LLC 205 Rockaway Ave PMB 3025 Valley Stream, NY 11580** | | unpaid business loan | | | | $146,401.70 |
| **Stan Weaver & Company 2601 SW 32 Ave Hollywood, FL 33023** | | trade debt | **Contingent Unliquidated Disputed** | | | $54,417.03 |
| **Sunpass P.O. Box 447 Ocoee, FL 34761** | | unpaid deficiency on vehicle | | | | $32,445.83 |

| Debtor | **The A/C Ductologist, LLC** | Case number *(if known)* |
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trimble c/o Tucker, Albin & Associates 1702 N Collins Blvd #100 Richardson, TX 75080** | | **trade debt** | | | | **$9,839.00** |
| **Verzion c/o CBE Group PO Box 2038 Waterloo, IA 50704** | | **trade debt** | | | | **$18,195.03** |
| **Wex Bank P.O. Box 6293 Carol Stream, IL 60197-6293** | | **unpaid business loan** | | | | **$20,489.08** |

**Fill in this information to identify the case:**

Debtor name   **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

  1a. **Real property:**
     Copy line 88 from *Schedule A/B*............................................................................  $      **0.00**

  1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................  $      **433,330.50**

  1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................  $      **433,330.50**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $      **1,167,576.29**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $      **0.00**

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$      **723,866.42**

4. **Total liabilities** .........................................................................................................
  Lines 2 + 3a + 3b      $      **1,891,442.71**

**Fill in this information to identify the case:**

Debtor name   **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Business Checking** | **8493** | $0.00 |
| 3.2. | **PNC Bank (Expenses)** | **Business Checking** | **8661** | $41,660.08 |
| 3.3. | **PNC Bank (Payroll)** | **Business Checking** | **8717** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

|  |
|---|
| $41,660.08 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor  **The A/C Ductologist, LLC**                                    Case number *(If known)* _____
        _____
        Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 500.00 | - | 0.00 | = .... | $500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 4,036.80 | - | 0.00 | = .... | $4,036.80 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 4,000.00 | - | 0.00 | = .... | $4,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 4,320.00 | - | 0.00 | = .... | $4,320.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 11,001.00 | - | 0.00 | = .... | $11,001.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,500.00 | - | 0.00 | = .... | $1,500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,800.00 | - | 0.00 | = .... | $1,800.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,980.00 | - | 0.00 | = .... | $1,980.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 19,625.00 | - | 0.00 | = .... | $19,625.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 3,835.00 | - | 0.00 | = .... | $3,835.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,000.00 | - | 0.00 | = .... | $1,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 3,493.75 | - | 0.00 | = .... | $3,493.75 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 3,493.75 | - | 0.00 | = .... | $3,493.75 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor     **The A/C Ductologist, LLC**                                  Case number *(If known)* _____
           Name

| 11a. 90 days old or less: | 7,430.30 | - | 0.00 | = .... | $7,430.30 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 300.00 | - | 0.00 | = .... | $300.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 1,700.00 | - | 0.00 | = .... | $1,700.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 42,500.00 | - | 0.00 | = .... | $42,500.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 9,200.00 | - | 0.00 | = .... | $9,200.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 9,037.50 | - | 0.00 | = .... | $9,037.50 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 8,998.00 | - | 0.00 | = .... | $8,998.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 5,180.00 | - | 0.00 | = .... | $5,180.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 34,020.00 | - | 0.00 | = .... | $34,020.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 900.00 | - | 0.00 | =.... | $900.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 4,347.00 | - | 0.00 | =.... | $4,347.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 3,013.80 | - | 0.00 | =.... | $3,013.80 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 4,080.00 | - | 0.00 | =.... | $4,080.00 |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   **The A/C Ductologist, LLC**                          Case number *(If known)* _____
              Name

| 11b. Over 90 days old: | **3,480.00** | - | **0.00** | =.... | **$3,480.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **1,920.00** | - | **0.00** | =.... | **$1,920.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **2,880.00** | - | **0.00** | =.... | **$2,880.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **2,400.00** | - | **0.00** | =.... | **$2,400.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **5,400.00** | - | **0.00** | =.... | **$5,400.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **12,108.25** | - | **0.00** | =.... | **$12,108.25** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **12,350.00** | - | **0.00** | =.... | **$12,350.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$231,830.15**

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

20.   **Work in progress**

Debtor   **The A/C Ductologist, LLC**                                    Case number *(If known)* _____
          Name

| **Work in Progress (WIP) – Represents ongoing unbilled services/projects necessary for continued business operations. In a Chapter 7 liquidation, WIP would not be realizable as an asset since the business would shut down. Estimated liquidation value: $0.00.** | 3/7/2025 | $645,078.55 | N/A | $0.00 |
|---|---|---|---|---|

| 21. | **Finished goods, including goods held for resale** | | | | |
|---|---|---|---|---|---|
| 22. | **Other inventory or supplies** Overstock materials | | $5,000.00 | N/A | $5,000.00 |

| 23. | **Total of Part 5.** | | $5,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture, fixtures and equipment | | | |
| Appraisal conducted by Martin Claire & Co. LLC on 3/13/2025 | **Unknown** | Appraisal | $5,430.00 |

Debtor    **The A/C Ductologist, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **Purchased Software**                          $5,995.27    N/A                            $5,995.27

       **Equipment contents of vehicles**

       **Appraisal conducted by Martin Claire & Co.**
       **LLC on 3/13/2025**                            Unknown      Appraisal                      $10,415.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | $21,840.27 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1.  **2021 Ford Transit Connect**<br>**VIN: NM0LS7F21M1505650** | Unknown | Appraisal | $14,500.00 |
| 47.2.  **2020 GMC Sierra 2500HD**<br>**VIN: 1GD28LE70LF300420** | Unknown | N/A | $8,000.00 |
| 47.3.  **2017 Chevrolet Silverado C1500 4 DO**<br>**VIN: 1GCRCNEH9HZ346923** | Unknown | Appraisal | $18,000.00 |
| 47.4.  **2019 Mercedes Sprinter 3500/4500**<br>**VIN: WDAPF4CDXKN010837** | Unknown | Appraisal | $10,000.00 |
| 47.5.  **2019 Nissan Titan S/SV Pickup**<br>**VIN: 1N6AA1R74KN521605** | Unknown | Appraisal | $7,500.00 |
| 47.6.  **2019 Nissan Titan S/SV Pickup**<br>**VIN: 1N6AA1R70KN513470** | Unknown | Appraisal | $7,500.00 |

Debtor   **The A/C Ductologist, LLC**                                  Case number *(If known)* _____
          <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 47.7. | **2022 GMC Sierra K2500 Denali**<br>**VIN: 1GT49REY2NF205401** | Unknown | Appraisal | $27,500.00 |
| 47.8. | **2023 GMC Sierra C3500**<br>**VIN: 1GD48PE75PF109761** | Unknown | Appraisal | $40,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **2022 CLBT Trailer**<br>**VIN 57BEDM829N1078086** | $0.00 | N/A | Unknown |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                        | $133,000.00 |

   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.theacductologist.com** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor   **The A/C Ductologist, LLC**                              Case number *(If known)* _____
　　　　　Name

65.   **Goodwill**

66.   **Total of Part 10.**

| | |
|---|---|
| | **$0.00** |

　　　Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　　　■ No
　　　☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　■ No
　　　☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
　　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　　■ No.  Go to Part 12.
　　　☐ Yes Fill in the information below.

Debtor  **The A/C Ductologist, LLC**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $41,660.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $231,830.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,840.27 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $133,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $433,330.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $433,330.50 |

**Fill in this information to identify the case:**

Debtor name   **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2021 Ford Transit Connect**<br>**VIN: NM0LS7F21M1505650** | **$21,899.52** | **$14,500.00** |
|---|---|---|---|---|

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5063**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2023 GMC Sierra C3500**<br>**VIN: 1GD48PE75PF109761** | $53,814.03 | $40,000.00 |
|---|---|---|---|---|

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor   **The A/C Ductologist, LLC**                                Case number *(if known)* _____
         _____
         Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **Daikin Applied Americas Inc.** | Describe debtor's property that is subject to a lien | $118,776.10 | Unknown |

**Daikin Applied Americas Inc.**
Creditor's Name

**13600 Industrial Park Blvd 11th Fl**
**Minneapolis, MN 55441**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**5/23/2024**
**Last 4 digits of account number**
**7508**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Any personal property of the Debtor subject to a judgment lien certificate**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$118,776.10     Unknown

---

| 2.4 | **Dallas Growth Capital and Funding, LLC** | | $91,048.91 | Unknown |

**Dallas Growth Capital and Funding, LLC**
Creditor's Name

**4700 Central View Rd # 506**
**Knoxville, TN 37912**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**9/29/2022**
**Last 4 digits of account number**
**3747**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Any personal property of the Debtor subject to a judgment lien certificate**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$91,048.91     Unknown

---

| 2.5 | **GM Financial** | | $21,932.78 | $8,000.00 |

**GM Financial**
Creditor's Name

**PO Box 78143**
**Phoenix, AZ 85062**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 GMC Sierra 2500HD**
**VIN: 1GD28LE70LF300420**

**Describe the lien**
**Security Interest**

$21,932.78     $8,000.00

---

Debtor  **The A/C Ductologist, LLC**                                    Case number (if known) _____
_____
Name

|  | **Is the creditor an insider or related party?** |
|  | ■ No |
_____ | ☐ Yes |
Creditor's email address, if known | **Is anyone else liable on this claim?** |
|  | ■ No |
**Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
**January 07, 2021** |  |
**Last 4 digits of account number** | **As of the petition filing date, the claim is:** |
**9163** | Check all that apply |
**Do multiple creditors have an** | ☐ Contingent |
**interest in the same property?** | ☐ Unliquidated |
■ No | ☐ Disputed |
☐ Yes. Specify each creditor, |  |
including this creditor and its relative |  |
priority. |  |

---

| 2.6 | **GM Financial** | **Describe debtor's property that is subject to a lien** | **$25,952.40** | **$18,000.00** |
| Creditor's Name | **2017 Chevrolet Silverado C1500 4 DO** |
| **P.O. Box 78143** | **VIN: 1GCRCNEH9HZ346923** |
| **Phoenix, AZ 85062** |

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 15, 2021**

**Last 4 digits of account number**
**9721**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.7 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | **$31,345.45** | **Unknown** |
| Creditor's Name | **All assets of the Debtor** |
| **P.O. Box 7346** |
| **Philadelphia, PA** |
| **19101-7346** |

Creditor's mailing address

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/24/2021**

**Last 4 digits of account number**
**6804**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

Debtor  **The A/C Ductologist, LLC**
_____       Case number (if known) _____
Name

---

| 2.8 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $115,591.53 | Unknown |

Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

**All assets of the Debtor**

Creditor's mailing address

**Describe the lien**

**Federal Tax Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**7/20/2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6804**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $12,160.26 | Unknown |

Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

**All assets of the Debtor**

Creditor's mailing address

**Describe the lien**

**Federal Tax Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/19/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6804**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $45,310.30 | Unknown |

Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

**All assets of the Debtor**

Creditor's mailing address

**Describe the lien**

**Federal Tax Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**4/11/2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  **The A/C Ductologist, LLC**
_____     Case number (if known) _____
Name

**Last 4 digits of account number**
**6804**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |
|---|---|---|---|

**Internal Revenue Service**
Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**11/21/2023**

**Last 4 digits of account number**
**6804**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$97,055.89     Unknown

---

| 2.1 2 | | | |
|---|---|---|---|

**Internal Revenue Service**
Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**3/13/2024**

**Last 4 digits of account number**
**6804**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,923.28     Unknown

---

| 2.1 3 | | | |
|---|---|---|---|

**Internal Revenue Service**

**Describe debtor's property that is subject to a lien**

$1,737.05     Unknown

---

Debtor **The A/C Ductologist, LLC**
　　　　Name

Case number *(if known)* _____

---

Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/29/2024**
**Last 4 digits of account number**
**6804**
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All assets of the Debtor**

---

**Describe the lien**
**Federal Tax Lien**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $26,684.57 | Unknown |

Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/20/2024**
**Last 4 digits of account number**
**6804**
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All assets of the Debtor**

---

**Describe the lien**
**Federal Tax Lien**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $1,954.22 | $0.00 |

Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/18/2024**
**Last 4 digits of account number**

**All assets of the Debtor**

---

**Describe the lien**
**Federal Tax Lien**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **The A/C Ductologist, LLC**                     Case number (if known) _____
        Name

6804

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | **Nissan Motor Acceptance Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$7,500.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 740849**
**Cincinnati, OH 45274-0849**

Creditor's mailing address

**2019 Nissan Titan S/SV Pickup**
**VIN: 1N6AA1R74KN521605**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.17 | **The LCF Group** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3000 Marcus Ave # 2W15**
**New Hyde Park, NY 11042**

Creditor's mailing address

**Balance satisfied on 10/30/2024; lien not terminated with Florida Secretary of State**

Describe the lien
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/26/2024**
**Last 4 digits of account number**
**2624**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.18 | **U.S. Smal Business Administration** | Describe debtor's property that is subject to a lien | **$499,390.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**200 W Santa Ana Blvd #740**
**Santa Ana, CA 92701**

**Blanket lien on primarily all assets of the Debtor**

---

Debtor  **The A/C Ductologist, LLC**
_____
Name

Case number (if known) _____

_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**
**12/16/2020**

**Last 4 digits of account number**
**2242**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe the lien**
**Security Interest**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,167,576.29 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daikin Applied Americas Inc**<br>**c/o Thomas Ringel, Esq.**<br>**9130 S Dadeland Blvd # 1800**<br>**Miami, FL 33156** | Line  2.3 | |

**Fill in this information to identify the case:**

Debtor name   **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**5050 W. Tennessee Street**<br>**Tallahassee, FL 32399-0125** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Income Taxes**

Last 4 digits of account number **6804**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **The A/C Ductologist, LLC**
_____   Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020 - 2024**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **6804**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,915.57** |

**A.Tarler**
 **1403 SW 8th St**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 31, 2023**

Basis for the claim: **trade debt**

Last 4 digits of account number **ACDUCT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.45** |

**American Express**
**PO BOX 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 15, 2025**

Basis for the claim: **business credit card purchases**

Last 4 digits of account number **2005**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,800.88** |

**AMI Distributors, Inc.**
**11600 Miramar Pkwy #200**
**Hollywood, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **September 06, 2024**

Basis for the claim: **trade debt**

Last 4 digits of account number **9252**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,843.00** |

**AmTrust Financial**
**PO Box 785100**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 8, 2024**

Basis for the claim: **trade debt**

Last 4 digits of account number **8376**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,617.10** |

**Bank of America, N.A.**
**PO Box 15019**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **business credit card purchases**

Last 4 digits of account number **5065**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The A/C Ductologist, LLC**                                    Case number (if known) _____
                 Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145,197.71** |

**Berkshire Hathaway**
**PO Box 6939**
**Cleveland, OH 44211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 15, 2024**

**Basis for the claim:** **trade debt**

Last 4 digits of account number  **3269**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,670.73** |

**Capital One Bank**
**P.O. Box 60519**
**City of Industry, CA 91716-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 21, 2025**

**Basis for the claim:** **business credit card purchases**

Last 4 digits of account number  **8185**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,386.87** |

**Celtic Bank**
**2261 Market Street #4552**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2021**

**Basis for the claim:** **unpaid business loan**

Last 4 digits of account number  **73ac**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,230.01** |

**Chase Card Services**
**PO BOX 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **business credit card purchases**

Last 4 digits of account number  **6014**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chase Southwest**
**PO BOX 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 18, 2019**

**Basis for the claim:** **business credit card purchases**

Last 4 digits of account number  **7319**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Dialed In**
**2723 Forest Hills Boulevard**
**Pompano Beach, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 15, 2023**

**Basis for the claim:** **trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$990.00** |

**George's Crane Service, Inc.**
**2190 NW 110th Ave**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 5, 2024**

**Basis for the claim:** **trade debt**

Last 4 digits of account number  **2024**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The A/C Ductologist, LLC**                           Case number (if known) _____
Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,026.00** |
|------|---|---|---|

**Grainger**
**P.O. Box 60038**
**Department: Customer Account**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 25, 2023**

**Basis for the claim:  trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,026.00** |
|------|---|---|---|

**Harrison Crane**
**2440 NW 37th St.**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 25, 2023**

**Basis for the claim:  trade debt**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$985.49** |
|------|---|---|---|

**Hilti**
**PO Box 650756**
**Dallas, TX 75265-0756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 25, 2023**

**Basis for the claim:  trade debt**

Last 4 digits of account number  **5956**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,443.50** |
|------|---|---|---|

**Kojo Technologies, Inc.**
**P.O. Box 103280**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 08, 2024**

**Basis for the claim:  trade debt**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Lechuza Investments, LLC.**
**3580 SW 139 Ct**
**Miami, FL 33175**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/10/2021**

**Basis for the claim:  trade debt**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,710.00** |
|------|---|---|---|

**LG Crane Services**
**5359 SW 156 Ave**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 18, 2023**

**Basis for the claim:  trade debt**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,354.42** |
|------|---|---|---|

**Linebarger Goggan Blair and Sampson LLP**
**4828 Loop Central Dr #600**
**Houston, TX 77081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 07, 2024**

**Basis for the claim:  unpaid deficiency on vehicle**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The A/C Ductologist, LLC**
_____
Name

Case number (if known) _____

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**M.E. Construction, Inc.**
**445 Pineda Ct**
**Melbourne, FL 32940**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,088.83** |

**Metro Mechanical LLC**
**c/o J. David Jorgenson, Esq.**
**401 S Boston Ave # 500**
**Tulsa, OK 74103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,027.07** |

**Milspec Industries**
**c/o ESP Receivables Management**
**P.O. Box 1547**
**Mandeville, LA 70470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 14, 2024**

Last 4 digits of account number  **4544**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,705.09** |

**Nationwide Toyota Lift Trucks**
**3900 N 28th Terrace**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 31, 1899**

Last 4 digits of account number  **2277**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |

**Pathlight Tax & Consulting**
**3131 S Vaughn Way #652**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 01, 2024**

Last 4 digits of account number  **N/A**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**PayPal Credit**
**PO BOX 960006**
**Orlando, FL 32896-0006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Last 4 digits of account number  **0508**

Basis for the claim:  **business credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,156.09** |

**PeopleReady**
**c/o People Ready**
**7700 Congress Ave. Suite 1134**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 11, 2023**

Last 4 digits of account number  **1511**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The A/C Ductologist, LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.27** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $21,271.92 |

**3.27** Nonpriority creditor's name and mailing address

**PNC Bank**
**P.O. Box 609**
**Pittsburgh, PA 15230**

Date(s) debt was incurred **2/7/2024**

Last 4 digits of account number **8645**

As of the petition filing date, the claim is: *Check all that apply.*   **$21,271.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **overdrawn bank account**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Ritz Safety**
**2200 W Copans Rd**
**Pompano Beach, FL 33069**

Date(s) debt was incurred **September 14, 2023**

Last 4 digits of account number **5038**

As of the petition filing date, the claim is: *Check all that apply.*   **$1,123.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

**Ritz Safety**
**c/o Altus Receivables Management**
**2121 Airline Drive Suite 520**
**Metairie, LA 70001**

Date(s) debt was incurred **September 14, 2023**

Last 4 digits of account number **5038**

As of the petition filing date, the claim is: *Check all that apply.*   **$1,123.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

**Smartsheet Inc.**
**c/o Rauch-Milliken International**
**PO Box 8390**
**Metairie, LA 70001**

Date(s) debt was incurred **August 28, 2024**

Last 4 digits of account number **7465**

As of the petition filing date, the claim is: *Check all that apply.*   **$2,586.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

**Spring Funding LLC**
**205 Rockaway Ave PMB 3025**
**Valley Stream, NY 11580**

Date(s) debt was incurred **9/26/2024**

Last 4 digits of account number **6804**

As of the petition filing date, the claim is: *Check all that apply.*   **$146,401.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid business loan**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

**Stan Weaver & Company**
**2601 SW 32 Ave**
**Hollywood, FL 33023**

Date(s) debt was incurred **June 29, 2024**

Last 4 digits of account number **8230**

As of the petition filing date, the claim is: *Check all that apply.*   **$54,417.03**
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

**Sunpass**
**P.O. Box 447**
**Ocoee, FL 34761**

Date(s) debt was incurred **October 01, 2024**

Last 4 digits of account number **N/A**

As of the petition filing date, the claim is: *Check all that apply.*   **$32,445.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid deficiency on vehicle**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **The A/C Ductologist, LLC**                                        Case number (if known) _____
          Name

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$877.69** |
|---|---|---|---|

**The Guardian**
**P.O. Box 981590**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January, 02 2024**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **4851**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Thermal Concepts, LLC**
**2201 College Ave**
**Fort Lauderdale, FL 33317**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/26/2023**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0303**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,839.00** |
|---|---|---|---|

**Trimble**
**c/o Tucker, Albin & Associates**
**1702 N Collins Blvd #100**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Januar, 01 2024**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **8858**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,588.77** |
|---|---|---|---|

**ULINE**
**c/o A.G. Adjustments**
**1 Huntington Quadrangle Suite 4N15,**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Mach 19, 2024**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **1920**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,232.65** |
|---|---|---|---|

**USA Equipment Solutions**
**831 PAR CIRCLE**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 17, 2024**

Basis for the claim:  **trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,441.00** |
|---|---|---|---|

**Valley National Bank**
**P.O. Box 558**
**Wayne, NJ 07474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/2025**

Basis for the claim:  **unpaid insurance payments**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,195.03** |
|---|---|---|---|

**Verzion**
**c/o CBE Group**
**PO Box 2038**
**Waterloo, IA 50704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 26, 2024**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The A/C Ductologist, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,489.08 |
|---|---|---|---|

**Wex Bank**
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __October 2021__

**Basis for the claim:**  __unpaid business loan__

Last 4 digits of account number  __4311__

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lechuza Investments, LLC.**<br>**c/o Michael Matus, Esq.**<br>**2250 SW 3 Ave # 501**<br>**Miami, FL 33129** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **M.E. Construction, Inc.**<br>**7607 Coral Dr**<br>**Melbourne, FL 32904** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **M.E. Construction, Inc.**<br>**c/o Ryan P. Scordato, Esq.**<br>**215 N Eola Dr**<br>**P.O. Box 2809**<br>**Orlando, FL 32802** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Stan Weaver & Company**<br>**c/o Brett R. Renton, Esq.**<br>**300 S Orange Ave # 1000**<br>**Orlando, FL 32801** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Thermal Concepts, LLC**<br>**c/o Michael E. Stearns, Esq.**<br>**805 E Hillsboro Blvd**<br>**Deerfield Beach, FL 33441** | Line  **3.35**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ 723,866.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ 723,866.42 |

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 8 of 8

**Fill in this information to identify the case:**

Debtor name  **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease for Non-Residential Business Premises located at 4700 SW 83 Terr, Davie, FL 33328** | |
| State the term remaining **Lease expires 5/31/2027** | **Kolo 10, LLC 2875 NE 191 St # 601 Miami, FL 33180** |
| List the contract number of any government contract **N/A** | |

**Fill in this information to identify the case:**

Debtor name    **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Thomas Mouradian** | **4700 SW 83 Terr Fort Lauderdale, FL 33328** | **Chase Southwest** | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.2 | **Thomas Mouradian** | **4700 SW 83 Terr Fort Lauderdale, FL 33328** | **Bank of America, N.A.** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.3 | **Thomas Mouradian** | **4700 SW 83 Terr Fort Lauderdale, FL 33328** | **Dallas Growth Capital and Funding, LLC** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Thomas Mouradian** | **4700 SW 83 Terr Fort Lauderdale, FL 33328** | **AMI Distributors, Inc.** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.5 | **Thomas Mouradian** | **4700 SW 83 Terr Fort Lauderdale, FL 33328** | **Stan Weaver & Company** | ☐ D _____ <br> ■ E/F __3.32__ <br> ☐ G _____ |

Debtor    **The A/C Ductologist, LLC**                                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Thomas Mouradian** <br> **4700 SW 83 Terr** <br> **Fort Lauderdale, FL 33328** | **U.S. Smal Business Administration** | ■ D ___2.18___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Thomas Mouradian** <br> **4700 SW 83 Terr** <br> **Fort Lauderdale, FL 33328** | **Kolo 10, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.1___ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **The A/C Ductologist, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$3,585,496.88** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$4,143,991.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor   **The A/C Ductologist, LLC**                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■& None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■& None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■& None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jose Julian Castro Tabima, v. The A/C Ductologist, LLC, and Thomas Mouradian 24-61523-CIV-AHS** | Fair Labor Standards | **Southern District of Florida U.S. Federal Building and Courthouse 299 East Broward Boulevard #108 Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ■& Concluded |
| 7.2. | **Lechuza Investments, LLC, v. The A/C Ductologist, LLC CACE-24-013359** | Contract & Indebtedness | **Seventeenth Judicial Circuit Court 201 SE 6th Street Fort Lauderdale, FL 33301** | ■& Pending ☐ On appeal ☐ Concluded |
| 7.3. | **M.E. Construction, Inc., v. The A/C Ductologist, LLC CACE-23-019618** | Contract & Indebtedness | **Seventeenth Judicial Circuit Court 201 SE 6th Street Fort Lauderdale, FL 33301** | ■& Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Metro Mechanical LLC, v. The A/C Ductologist, LLC CJ-2024-03494** | Contract & Indebtedness | **District Court of Tulsa County 500 South Denver Tulsa, OK 74130** | ■& Pending ☐ On appeal ☐ Concluded |

Debtor    **The A/C Ductologist, LLC**                                      Case number *(if known)*

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Thermal Concepts, LLC, v. The A/C Ductologist, LLC** **CACE-24-011483** | **Contract & Indebtedness** | **Seventeenth Judicial Circuit Court** **201 SE 6th Street** **Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Daikin Applied Americas Inc v. The A/C Ductologist Inc** **CACE23018847** | **Contract & Indebtedness** | **Seventeenth Judicial Circuit Court** **201 SE 6th Street** **Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Stan Weaver and Company v. The A/C Ductologist, LLC and Thomas Mouradian** **CACE25003145** | **Contract & Indebtedness** | **Seventeenth Judicial Circuit Court** **201 SE 6th Street** **Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **The A/C Ductologist, LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LSS Law**<br>**2699 Stirling Rd # C401**<br>**Fort Lauderdale, FL 33312** | | **10/31/2024 -**<br>**$5,000.00**<br>**3/19/2025 -**<br>**$25,000.00** | **$30,000.00** |
| | Email or website address<br>**zbs@lss.law** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **The A/C Ductologist, LLC**                                Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**P.O. Box 609**<br>**Pittsburgh, PA 15230** | **XXXX-8645** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2024** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Debtor   **The A/C Ductologist, LLC**                                    Case number *(if known)*

---

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Ductologist Manufacturing 4700 SW 83rd Terr Fort Lauderdale, FL 33328** | **Ductwork Fabrication** | EIN:  **84-3366433** <br> From-To  **2019** |
| 25.2.  **Ductologist, LLC 4700 SW 83rd Terr. Fort Lauderdale, FL 33328** | **Ductwork** | EIN:  **99-3878214** <br> From-To  **July 2024** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    **The A/C Ductologist, LLC**_____    Case number *(if known)*_____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **N.K Accounting**<br>**9132D SW 20th Place**<br>**Fort Lauderdale, FL 33324** | **2021-current** |
| 26a.2.  **Pathlight Tax**<br>**3131 S Vaughn Way #652**<br>**Alloway, NJ 08001-4000** | **2021-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **N.K Accounting**<br>**9132D SW 20th Place**<br>**Fort Lauderdale, FL 33324** |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Mouradian** | **4700 SW 83 Terr**<br>**Fort Lauderdale, FL 33328** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **The A/C Ductologist, LLC**                                    Case number *(if known)*

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**March 19, 2025**__

__**/s/ Thomas Mouradian**__                              __Thomas Mouradian__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __**President**__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes